## * COMMONWEALTH *versus* ROBERT BAILEY.

In an indictment for forgery, alleging an instrument to be "in the words and figures following," a strict recital is necessary; but the *number* of a bank-bill, and the *figures* in its margin, marking its amount, are not parts of the bill, and need not be set out in the indictment.

THE defendant was indicted for uttering a forged and counterfeit bill of the *Maine Bank,* of five dollars. In this case it was alleged in the indictment that the forged bill was *in the words and figures following,* viz.—

*B.*                                           No. 237.

### FIVE DOLLARS.

The President, Directors, and Company of the MAINE BANK, promise to pay *N. Shaw,* or bearer, FIVE DOLLARS on demand.—*Portland,* the 7th day of Feb. 1803.

D. HALE, *Cash'r.*                       SAM. FREEMAN, *Presid't.*

The bill produced and offered in evidence had on it, between the words "five" and "dollars" at the top, the representation of an eagle, with the figure 5 in it; on the left, just over the signature of the *Cashier,* was the likeness of a fish, with the figure 5 inscribed; and on the right margin of the bill was another figure 5.

*Ashmun,* for the defendant, objected to the bill being given in evidence to the jury, on account of the variance; contending that as this indictment is drawn, a strict recital was necessary. The indictment undertakes to set out the words and *figures* of the bill; but the *figure* 5, which is in three different places on the bill produced, and is used and intended to designate its denomination and amount, is wholly omitted in the indictment.

The Court (*Dana,* C. J., *Strong, Sedgwick,* and *Thacher,* justices) agreed to the principle contended for by the defendant's counsel, but held that it did not apply to this case. They said that the *number* of the bill, and the *words* and *figures* in the [ * 63 ] margin, were not parts of the bill, but merely *marks superadded for the convenience of the bank, or of the holder of the bill, and, therefore, not necessary to be set out in an indictment in *any* case. The whole *bill,* all that is evidence of a contract, is set out; and set out truly and precisely. (1)

(1) Vide ante, p. 54, *Commonwealth* vs. *Stow;* post, p. 203, *Commonwealth* vs. *Stevens.*